UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES KEEFER,

      Plaintiff,

v.                                Case No. 3:22-cv-1219-BJD-JBT

WEALTHFRONT BROKERAGE,
LLC,

      Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Doc. 8; Notice) filed by Plaintiff on November 14, 2022. In the Notice, Plaintiff states that he is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1.      This case is **DISMISSED without prejudice.**

2.      The Clerk of the Court is directed to close the file.

DONE and ORDERED in Jacksonville, Florida this __17th__ day of November, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record

- 2 -